<u>CIVIL CAUSE FOR STATUS CONFERENCE</u>

BEFORE JUDGE: <u>Eric R. Komitee, USDJ</u>     DATE: <u>January 29, 2020</u>     TIME: <u>10:00 a.m.</u>
*In chambers*

DOCKET NUMBER: <u>CV 20-0473</u>

TITLE: <u>United States of America v. Palumbo, et al</u>

COURT REPORTER: <u>Sophie Nolan</u>

   APPEARANCES:

  FOR PLAINTIFF:         <u>Ann Entwistle, Dara Olds, Bonni Perlin</u>

  FOR DEFENDANT:        <u>No Appearnce</u>

TEXT: The Government will submit by Friday January 31, 2020, a revised proposed TRO. The transcript of today's proceeding will be sealed until such time as the Government has a chance to respond on the subject of whether anything we have said today might jeopardize an ongoing investigation.