# Exhibit A

**From:** teli NOC <noc@teli.net>
**Sent:** Wednesday, February 19, 2020 10:53 AM
**To:** Nick Palumbo <nick@tollfreedeals.com>
**Cc:** Jay Perreault <jperreault@teli.net>
**Subject:** IRS fraud

Hello,

The customer account of 'yodel' was participating in fraudulent activity and impersonating the IRS across the below numbers:
5182787657
6162260830
9292655205

These numbers have been shut down by the carrier. The carriers are taking a zero tolerance approach to fraud. Further reports will result in closure of the account 'yodel'. Ensure that no other users/customers are using your numbers for fraudulent purposes.



**teli NOC**

Office:(844) 411-1111
noc@teli.net
www.teli.net

1