# Exhibit B

                                                                    1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,        : 20CV473(EK)
                                 :
         Plaintiff,              :
                                 :
       -against-                 : United States Courthouse
                                 : Brooklyn, New York
NICHOLAS PALUMBO, et al.,        :
                                 :
         Defendants.             : Wednesday, January 29, 2020
                                 : 10:00 a.m.


- - - - - - - - - - - - - - X


         TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
             BEFORE THE HONORABLE ERIC R. KOMITEE
                 UNITED STATES DISTRICT JUDGE

                      A P P E A R A N C E S:

For the Government: RICHARD P. DONOGHUE, ESQ.
                    United States Attorney
                    Eastern District of New York
                       271 Cadman Plaza East
                       Brooklyn, New York 11201
                BY:  DARA A. OLDS, ESQ.
                     BONNI JESSICA PERLIN, ESQ.
                     EVAN LESTELLE, ESQ.
                     Assistant United States Attorneys

From Main Justice:

         CHARLES DUNN, ESQ.
         ANN ENTWISTLE, ESQ.

Court Reporter:    **SOPHIE NOLAN**
                   225 Cadman Plaza East/Brooklyn, NY 11201
                   **NolanEDNY@aol.com**
*Proceedings recorded by mechanical stenography, transcript produced by Computer-Aided Transcription*


                        SN      OCR      RPR

Proceedings                                                                9

1   that restricts the defendants from doing business with any of
2   the companies as to which you've alleged specific fraudulent
3   conduct?
4             MS. RALSTON:  Now was that a question for me or for
5   the attorneys?
6             THE COURT:  The question about the scope of the TRO
7   is for the attorneys, but the question about how much
8   investigation the Government has done regarding the potential
9   for non-fraudulent traffic on the defendant's system is for
10  you.
11            MS. RALSTON:  Okay, thank you.  From the
12  investigation so far we have been able to identify maybe one
13  company that's called Yodel Technologies.  That is one of
14  their larger -- one of their larger customers that quite
15  possibly is doing legitimate work.  When I spoke to him he
16  gave me his top five customers and out of the top 5, that was
17  the only one that from our investigation could see that would
18  have legitimate reasons for making phone calls.
19            The other four I recognized as companies that during
20  our investigation we have identified as robocalling companies
21  that are sending out the fraud calls.
22            THE COURT:  So in light of the indication that there
23  may be at least one either legitimate or non-fraudulent client
24  of these defendants, my inclination is to ask the Government
25  to draft a somewhat narrower TRO application that temporarily