# Exhibit C

UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>NICHOLAS PALUMBO, NATASHA PALUMBO, ECOMMERCE NATIONAL, LLC d/b/a/ Tollfreedeals.com and SIP RETAIL d/b/a sipretail.com,<br><br>       Defendants. | Case No.: 1:20-cv-00473-EK-RLM<br><br>**[PROPOSED] ORDER AMENDING THE TEMPORARY RESTRAINING ORDER** |

ERIC R. KOMITEE, United States District Judge:

  Defendants' Motion, filed February 20, 2020, docket no. __, to exempt "Yodel" from the termination provisions of the Temporary Restraining Order dated February 4, 2020 (docket no. 18) at page 4, lines 5-13 is granted on the following conditions:

  (1) Defendants shall immediately report to the Court and to the Government any further complaint or evidence that Yodel has carried a fraudulent call.

  (2) Defendants shall take immediate action and shall deny the number(s) in the complaint access to defendants' telecommunications system, and defendants shall immediately report such action to the Court and the Government.

SO ORDERED.

                  _____
                  ERIC R. KOMITEE
                  United States District Judge

Dated: Brooklyn, New York
    February __, 2020