

**Trust. Knowledge. Confidence.**

THEODOR D. E. BRUENING
Direct: (212) 380-4111
tbruening@offitkurman.com

March 2, 2020

**By ECF and Federal Express**

Hon. Eric R. Komitee, U.S.D.J.
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Palumbo, et al.</u> (1:20-cv-00473-EK-RLM)

Dear Judge Komitee:

      In anticipation for tomorrow's hearing, defendants wish to bring to the Court's attention several differences between the Government's original complaint and application for an injunction, and the Government's reply memorandum, filed at 2:56 a.m. this morning in support of the preliminary injunction.

| **Argument** | **Complaint** | **Memorandum (docket no. 47)** |
|---|---|---|
| Yodel's role | A "legitimate" client (1/29/20 Tr. 9:13, 10:24, docket 36-2) | A (fraudulent) call center (pages 5, 22) |
| DID/ Return-Calling Services | Not mentioned | Pages 7-8, 13, 17 |
| Civil Investigative Demands | Not mentioned | Page 12 |

      We note that the Government has omitted the word "reply" from the title of its memorandum, although that is clearly its function. We understand that the Court limits reply memoranda to 10 pages (Individual Rule III(C)(1)).

      Thank you for your attention to this matter.

                                    Respectfully yours,

                                    Theodor Bruening

Cc:    Dara A. Olds, Esq. (by ECF)
         Bonni Perlin, Esq. (by ECF)
         Charles B. Dunn, Esq. (by ECF)
         Ann F. Entwistle, Esq. (by ECF)